United States Bankruptcy Court
Eastern District of Texas



# Notice of Bankruptcy Case Filing

A bankruptcy case concerning the debtor(s) listed below was filed under Chapter 13 of the United States Bankruptcy Code, entered on 02/07/2023 at 09:43 AM and filed on 02/07/2023.

**Andrea Beth Verostko**
2111 Hunters Rdg
Carrollton, TX 75006
SSN / ITIN: xxx-xx-2908

The case was filed by the debtor's attorney:

**Daniel Herrin**
Herrin Law, PLLC
4925 Greenville Ave
Suite 455
Dallas, TX 75206
469-607-8551

The case was assigned case number 23-40239.

In most instances, the filing of the bankruptcy case automatically stays certain collection and other actions against the debtor and the debtor's property. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. If you attempt to collect a debt or take other action in violation of the Bankruptcy Code, you may be penalized. Consult a lawyer to determine your rights in this case.

If you would like to view the bankruptcy petition and other documents filed by the debtor, they are available at our *Internet* home page www.txeb.uscourts.gov or at the Clerk's Office, Suite 300B, 660 North Central Expressway, Plano, TX 75074.

You may be a creditor of the debtor. If so, please consult the Court's docket for additional information regarding events and deadlines.

Jason K. McDonald
Clerk, United States Bankruptcy Court

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 02/07/2023 09:45:44 | | | |
| **PACER Login:** | herrinlaw | **Client Code:** | |
| **Description:** | Notice of Filing | **Search Criteria:** | 23-40239 |
| **Billable Pages:** | 1 | **Cost:** | 0.10 |